■ In the Matter of the Claim of CHRISTOPHER K. MAHER, Appellant. COMMISSIONER OF LABOR, Respondent. [5 NYS3d 923]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 17, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of ISIAH WATERS, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [5 NYS3d 913]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of JAHMEL CLARK, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [5 NYS3d 914]—Appeal from that part of a judgment of the Supreme Court (McDonough, J.), entered May 6, 2014 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Judgment affirmed. No opinion.

Peters, P.J., Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.